# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135566 (16)

MARK EARL WHITE, #228524,

    Plaintiff-Appellant,

v

        SC: 135566
        CoA: 281030

DEPARTMENT OF CORRECTIONS,

    Defendant-Appellee.
_____

    On order of the Chief Justice, the motion for reconsideration of the order of January 3, 2008 is considered and it is DENIED because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2008

_____
Clerk